UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MACKEREL GRAPHICS, LLC, Plaintiff, | : | |
| v. | : | C.A. No. 04-190ML |
| LIQUID BLUE, INC., Defendant. | : | |

**JOINT MOTION TO EXTEND PRETRIAL ORDER DEADLINES**

Plaintiff Mackerel Graphics, LLC ("Mackerel") hereby moves this Court for an Order extending the existing deadlines under this Court's Pre-Trial Order by fourteen (14) days. Counsel for Defendant Liquid Blue, Inc. ("Liquid Blue") has advised counsel for Mackerel that Liquid Blue consents to this Motion.

The parties are in the final stages of settlement and have successfully negotiated settlement terms. All that remains is to finalize the settlement documents, including the exhibits to the settlement agreement. The parties request an extension of the Pre-Trial Order deadlines to provide them adequate time to finalize and execute the settlement agreement.

Respectfully submitted,

MACKEREL GRAPHICS, LLC
By its Attorneys,

Megan F. Jackson

Darlene K. Alt (# 6345)
Megan F. Jackson (# 7143)
EDWARDS & ANGELL LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that I mailed a copy of the within Motion by first class mail to Joseph Avanzato, Esq., Adler Pollock & Sheehan P.C., One Citizens Plaza, 8th Floor, Providence, RI 02903 on June 3, 2005.

Megan L. Jackson