UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
JUL 22 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

MACKEREL GRAPHICS, LLC,
Plaintiff,

v.

LIQUID BLUE, INC.,
Defendant.

C.A. No. 04-190ML

**DISMISSAL STIPULATION**

Plaintiff Mackerel Graphics, LLC, by and through the undersigned counsel, hereby stipulate that the within action against Defendant Liquid Blue, Inc. may be dismissed with prejudice, no costs to either party.

MACKEREL GRAPHICS, LLC
By its Attorney,

Megan F. Jackson

Darlene K. Alt (#6345)
Megan F. Jackson (#7143)
EDWARDS & ANGELL LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (facsimile)

Dated: July 13, 2005

LIQUID BLUE, INC.
By its Attorney,

Joseph Avanzato

Joseph Avanzato (#4774)
ADLER, POLLUCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

Dated: July 21, 2005

Enter:
Mary M. Lisi
USDJ 7/26/05



PRV_722385_1/MJACKSON